## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TINNA GRAY**                                                                              **PLAINTIFF**

**V.**                                    **NO. 4:19-CV-625-JM-BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration**[1]                                  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition filed by Magistrate Judge

Beth Deere. No objections have been filed. After careful consideration, the Court

concludes that the Recommended Disposition should be, and hereby is, approved and

adopted as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED,

and Plaintiff Tinna Gray's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 2nd day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] On June 6, 2019, Andrew Saul became Commissioner of the Social Security
Administration. He is substituted, therefore, as the Defendant. FED. R. CIV. P. 25(d).